Jacqueline EASLEY, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 77129.

Missouri Court of Appeals, Western District.

Sept. 23, 2014.

Christine Katherine Lesicko, Jefferson City, MO, Counsel for Respondent.

John D. Harding, Cape Girardeau, MO, Counsel for Appellant.

Before Division Two: VICTOR C. HOWARD P.J., JAMES E. WELSH, ANTHONY REX GABBERT JJ.

## ORDER

PER CURIAM:

Jacqueline Easley appeals the Labor and Industrial Relations Commission's order denying her unemployment benefits. We affirm. Rule 84.16(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Jeffery RICHARDSON, Defendant/Appellant.

No. ED 100253.

Missouri Court of Appeals, Eastern District, Division Two.

Sept. 23, 2014.

Gabriel E. Harris, Jefferson City, MO, for plaintiff/respondent.

Gwenda R. Robinson, St. Louis, MO, for defendant/appellant.

Before SHERRI B. SULLIVAN, P.J., MARY K. HOFF, J., and PHILIP M. HESS, J.

## ORDER

PER CURIAM.

Jeffery Richardson appeals from the trial court's judgment entered upon a jury verdict convicting him of first-degree assault and armed criminal action. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court committed no reversible error. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).